UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOVAUGH JAMES,
a/k/a "JJ,"

Defendant.

**INDICTMENT**

25 Cr.

25 CRIM 388

**COUNT ONE**
**(Enticement of a Minor)**

The Grand Jury charges:

1. From at least in or about July 2025 through at least on or about August 8, 2025, in the Southern District of New York and elsewhere, JOVAUGH JAMES, a/k/a "JJ," the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, and enticed an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, JAMES, who was twenty-nine years old, used internet applications and a cellphone to develop an intimate relationship with a thirteen-year-old girl ("Minor Victim-1") in Yonkers, New York, and then used internet applications, a cellphone, and other electronic means to coordinate a meeting with Minor Victim-1 in Yonkers and bring Minor Victim-1 back to his apartment in Queens, New York, where JAMES had sex with Minor Victim-1, in violation of New York Penal Law Sections 130.30(1), 130.30(2), and 130.60(2).

(Title 18, United States Code, Section 2422(b).)

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, JOVAUGH JAMES, a/k/a "JJ," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property, real or personal, that was used or intended to be used to commit or facilitation the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

          (Title 18, United States Code, Section 2428;
          Title 21, United States Code, Section 853; and
          Title 28, United States Code, Section 2461.)

_____          _____
FOREPERSON                                          JAY CLAYTON
                                                            United States Attorney