```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :         25-CR-388 (VEC)
       -against-                         :
                                         :         ORDER
                                         :
JOVAUGH JAMES, a/k/a "JJ",               :
                              Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS this case has been assigned to the Undersigned.

IT IS HEREBY ORDERED that all parties shall appear for an arraignment and initial conference on **Thursday, August 28, 2025 at 12:00 P.M.,** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date:  August 27, 2025
         New York, NY

                                                      **VALERIE CAPRONI**
                                             **United States District Judge**