

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

September 18, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2025

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Jovaugh James*, No. 25 Cr. 388 (VEC)**

Dear Judge Caproni:

The Government writes respectfully to request that the Court extend the deadline for DNA discovery in this case by sixty days.

On August 28, 2025, the Court directed the Government to complete and produce the results of the DNA analysis in this case by September 18, 2025, or produce an affidavit explaining why that would not be possible. The Government promptly requested that the FBI Laboratory in Quantico, Virginia, expedite its DNA analysis to meet the Court's deadline. As explained in the attached affidavit of Elizabeth Small, the Chief of the Evidence Management Unit at the FBI Laboratory, given the Laboratory's workload, the average time to complete the trace evidence and DNA analyses required in this case is approximately 360 days. The FBI Laboratory has, however, expedited the trace evidence and DNA analyses in this case and anticipates producing results within approximately sixty days.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/
Ryan W. Allison
Assistant United States Attorney
Southern District of New York
(212) 637-2474

Application GRANTED.

SO ORDERED. 9/18/2025

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Counsel of record (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

- v - :

: 25 Cr. 388 (VEC)

JOVAUGH JAMES, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ELIZABETH SMALL, pursuant to Title 28, United States Code, Section 1746, declares the following under penalty of perjury:

1. I am the Unit Chief of the Evidence Management Unit at the Federal Bureau of Investigation's ("FBI") Laboratory Division in Quantico, Virginia. In such capacity, I oversee the submission of evidence to the FBI Laboratory and coordination of all requests for forensic examination. I have held this position since May 2023. I have worked at the FBI Laboratory in various capacities, including multiple supervisory positions, since October 2006. I hold a bachelor of science degree in microbiology from the University of Rhode Island, a master's degree in pharmacy and pharmaceutical sciences from the University of Florida, and a Ph.D. in business administration with a specialization in homeland security: leadership and policy from Northcentral University.

2. The statements contained herein are based upon my personal knowledge, as well as based on information I have acquired in the course of performing my official duties.

3. Annually, the FBI Laboratory works on approximately 4,500 cases and receives approximately 50,000 items of evidence from a federal, state, and local law enforcement agencies for a variety of forensic examinations. Generally, when evidence is submitted to the FBI

Laboratory, evidence is managed by a Request Coordinator ("RC") in the Evidence Management Unit. The RC's primary responsibilities are to assign a priority level to the submission; inventory what has been submitted; document the condition of the evidence received; and work with both the investigators and the relevant forensic disciplines to formulate an examination plan. The RC then routes the evidence to the appropriate disciplines for forensic testing.

4. Priority levels for submitted items are assigned in six different categories as follows: Priority 1 is reserved for Executive Management to assign cases based on mission needs; Priority 2 is for cases with an active trial date; Priority 3 is for cases involving ongoing and multiple acts of violence; Priority 4 is for cases involving a singular act of violence; Priority 5 is for cases involving a threat of violence; and Priority 6 is for cases involving property or non-violent crimes.

5. The average time to complete forensic testing on items of evidence, which includes the completion and finalization of a laboratory report, varies per discipline and also depends on how many disciplines an item of evidence is sent to. The FBI Laboratory's disciplines include, among others, the Latent Print Operations Unit, the Trace Evidence Unit, and the DNA Casework Unit. The Evidence Management Unit manages the items of evidence as they pass from discipline to discipline and ensures that the examination plan permits the FBI Laboratory to obtain all relevant forensic evidence from the submitted items. For example, the Evidence Management Unit ensures that an item that requires both trace evidence and DNA analyses is sent to the Trace Evidence Unit before the DNA Casework Unit, because the testing performed in the DNA Casework Unit might impact the testing performed in the Trace Evidence Unit.

6. In Fiscal Year 2025, on average, items of evidence spent approximately 130 days in the Evidence Management Unit; approximately 200 days in the Trace Evidence Unit; and approximately 130 days in the DNA Casework Unit. Thus, in total, an item of evidence received

in Fiscal Year 2025 that required trace and DNA analyses would complete the testing processes in approximately 360 days.

7. The minimum amount of time required for the DNA Casework Unit alone is generally 90 days, although in some cases the DNA Casework Unit can complete testing in approximately 60 days. These minimum times do not account for the time that items of evidence may spend in other units, such as the Trace Evidence Unit or the Evidence Management Unit.

8. On August 19 and 22, 2025, the FBI Laboratory received two submissions containing various items for this case. Given the nature of the submitted items, which include swabs from a sexual assault kit and underwear obtained from a minor, the items' examination plan, managed by the Evidence Management Unit, required submission of the items to both the Trace Evidence Unit and the DNA Casework Unit for examination. As described above, in Fiscal Year 2025, it took evidentiary items approximately 360 days to complete an examination plan that included both trace and DNA analyses.

9. This case was originally classified as Priority 4 under the priority levels described above because it involved an act of violence by an arrested perpetrator.

10. However, based on the Court's August 28, 2025, Order, this matter has been expedited by Executive Management. The FBI Laboratory expects to produce DNA results in this case approximately 60 days from today.

Dated: September 18, 2025
Atlanta, Georgia

__*/s/ Elizabeth Small*________________
Elizabeth Small
Chief, Evidence Management Unit
Federal Bureau of Investigation