```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,                :

                                                :        25-CR-388 (VEC)
              -against-                        :

                                                :          ORDER
                                                :

   JOVAUGH JAMES, a/k/a "JJ",               :
                           Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 8, 2025, Mr. James appeared before the Court.

      IT IS HEREBY ORDERED that the parties appear for a status conference on **December 18, 2025,** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

      IT IS FURTHER ORDERED that time is excluded for the period between October 8, 2025, and December 18, 2025, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by allowing time for Mr. James's counsel to review the voluminous discovery in this case, and that interest outweighs the interest of the public and Mr. James in a speedy trial.

      IT IS FURTHER ORDERED that all pretrial motions are due **January 9, 2026**; responses are due **February 6, 2026**; and replies are due **February 20, 2026**. Per the Court's September 18, 2025, Order at Dkt. 15, the Government is ordered to produce the results of the DNA testing to the defense by no later than **November 17, 2025**.

**SO ORDERED.**

Date:  **October 9, 2025**                     _____
       **New York, NY**                           **VALERIE CAPRONI**
                                                **United States District Judge**