**Federal Defenders**
OF NEW YORK, INC.

MEMO ENDORSED

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 11, 2025

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025

Re:    **United States v. Jovaugh James**
       **25 Cr. 388 (VEC)**

Dear Judge Caproni:

I write to respectfully request that the Court adjourn the conference currently scheduled for December 18, 2025 to January 30, 2026 at 10am, when I understand the Court is available. I further ask that the Court adjourn the current deadline for defense motions to March 10, 2026, with any government opposition due April 7, 2026, and any defense reply due April 21, 2026. Finally, I ask that the Court direct the parties to file a status update with the Court no later than January 22, 2026. The government consents to these requests.

The defense is in the process of preparing a mitigation submission with the aim of resolving this matter short of trial. I therefore seek the above-requested adjournment to allow the defense time to complete its mitigation submission, and for the government to consider it. In order to facilitate this process and any plea negotiations, the government requests, and the defense consents to, the exclusion of time under the Speedy Trial Act until the next conference, January 30, 2026.

Application GRANTED.  Time is excluded between December 18, 2025, and January 30, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the Defendant to prepare a mitigation submission and engage in plea negotiations, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED.                         12/11/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:    AUSA Ryan Allison