UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2026
```

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :          25-CR-388 (VEC)
          -against-                          :
                                             :             ORDER
                                             :
JOVAUGH JAMES, a/k/a "JJ",                    :
                          Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have notified the Court that Mr. James wishes to change his plea.

IT IS HEREBY ORDERED that the parties shall appear before the Court for a change of

plea hearing on **Tuesday, April 28, 2026, at 11:00 A.M.,** in Courtroom 20C of the Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____

**Date:  April 14, 2026**                              **VALERIE CAPRONI**
       **New York, NY**                        **United States District Judge**