```
                                              USDC SDNY
UNITED STATES DISTRICT COURT                  DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                 ELECTRONICALLY FILED
                                              DOC #:_____
------------------------------------------------ X    DATE FILED: 4/28/2026
UNITED STATES OF AMERICA,                 :
                                          :           25-CR-388 (VEC)
        -against-                         :
                                          :           ORDER
                                          :
JOVAUGH JAMES, a/k/a "JJ",                :
                         Defendant.       :
------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 28, 2026, the Court held a change of plea hearing for Mr. James;

WHEREAS Mr. James entered a plea of guilty to Count One of the Indictment, charging him with violating 18 U.S.C. § 2422(b) by enticing a minor to engage in unlawful sexual activity; and

WHEREAS the Court accepted Mr. James's guilty plea.

IT IS HEREBY ORDERED that Mr. James's sentencing will take place on **Tuesday, August 18, 2026, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Sentencing submissions are due no later than **Tuesday, August 4, 2026.**

**SO ORDERED.**

**Date:  April 28, 2026**              _____
**     New York, NY**                       **VALERIE CAPRONI**
                                         **United States District Judge**