Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

August 4, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

**Via ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re. United States v. Jovaugh James**
**25 Cr. 388 (VEC)**

Dear Judge Caproni,

I write pursuant to Rule 3.A of Your Honor's Individual Rules of Practice in Criminal Cases to respectfully request that the Court accept and maintain under seal the redacted portions of the defense's sentencing submission, which has filed been on the docket via ECF at entry 32. The Government consents to this sealing request, which concerns "sensitive information" identified in Paragraph 21.4 of the Southern District of New York Electronic Case Filing Rules and Instructions, including medical records, treatment, and diagnoses. Unredacted and highlighted versions of the defense's sentencing submission will be emailed and provided in hard copy to Chambers.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record

Application GRANTED.

SO ORDERED. 8/5/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE